IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK BROWN,

      Petitioner,           No. CIV S-06-0458 FCD KJM P

  vs.

STATE OF CALIFORNIA, et al.,

      Respondents.        ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an action, which the court interprets to be a petition for a writ of habeas corpus under 28 U.S.C. § 2241, seeking resolution of a detainer filed against him for violation of supervised release stemming from a sentence imposed in United States v. Derrick Brown, Cr.N. F-00-5455 OWW by the Fresno Division of this court. In addition, petitioner is confined in California State Prison-Corcoran on a state sentence; Corcoran is in the Fresno division of this court.

      As provided by Local Rule 3-120(f), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Venue in this case is proper in the Fresno Division. See Rumsfeld v. Padilla, 542 U.S. 426, 463-64 (2004).

1

Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: April 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
brow0458.109

2